UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

DARRELL LECKIE,

                        Plaintiff,

                        -against-

DEBBIE NAPOLI, R.N. (Provider No. 280), JORDAN LAGUIO, M.D (Provider No. 104), KHONDKAR RAKIB, D.D.S (Provider No. 703), TAMMY HYATT, RDH, and JOHN-JANE DOE 1-10 NEW YORK STATE DEPARTMENT OF CORRECTION AND COMMUNITY SUPERVISION Medical Providers, and JOHN-JANE DOE 11-20 NEW YORK STATE DEPARTMENT OF CORRECTION AND COMMUNITY SUPERVISION Correction Officers, "DOE" ADA COMPLIANCE OFFICER; "DOE" IGP SUPERVISOR, "DOE" DEPUTY SUPERINTENDENT FOR PROGRAMS, "DOE" DEPUTY SUPERINTENDENT FOR ADMINISTRATION, "DOE" staff members of IGRC, all defendants individually and in their official capacities;

                        Defendants.

------------------------------------------------------------------ x

**AFFIRMATION OF SERVICE**

Jury Trial Demanded

<u>ECF Case</u>

**1:21-cv-07212-PGG**

      KATHERINE E. SMITH, an attorney duly licensed to practice law in the Courts of the State of New York, affirm the following under the penalty of perjury:

      On March 24, 2022, at approximately 11:30 p.m. I served Sarande Dedushi Counsel for the State Defendants, by ECF and Email, and Alejandra Rosa Gil, Esq., Attorney for City Defendants from a related case Leckie v. City of New York et al., 19-cv-06719 (PGG)(RWL), by ECF and Email with 1) Notice of Cross Motion to Consolidate and 2) Memorandum of Law in Support of Plaintiff's Cross Motion to Consolidate and in Opposition to Defendants' Motion to Dismiss.

Dated: New York, New York
      April 14, 2022

                                                                           _____
                                                                           Katherine E. Smith