**From:** Katherine Smith ksmith@legalsmithny.com
**Subject:** Leckie Cross Motion to Consolidate and Opposition to State Def. MTD
**Date:** March 24, 2022 at 11:28 PM
**To:** Gil, Alejandra R. agil@hpmb.com, Dedushi, Sarande Sarande.Dedushi@ag.ny.gov
**Cc:** Anna Berezovski anna@legalsmithny.com

Please find the attached 1) Notice of Cross Motion to Consolidate and 2) Memorandum of Law in Support of Plaintiff's Cross Motion to Consolidate and in Opposition to Defendants' Motion to Dismiss.

Pursuant to the judge's Individual Rules, the motion papers must be bundle filed after it is fully briefed.

As the parties previously consented to service by email, please accept this as good service.

Katherine E. Smith
*Attorney at Law*
Law Office of Katherine E. Smith
The Woolworth Building
233 Broadway, Suite 900
New York, New York 10279
Tel/Fax: (347)-470-3707

  

*Leckie 2 Opp MTD a…ate.pdf   *Leckie Notice of Cros…Def.pdf