```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DARRELL LECKIE                                           :
                                                         :     21-CV-7212 (DEH) (RWL)
                          Plaintiff,                     :
                                                         :
            - against -                                  :     **ORDER**
                                                         :
DEBBIE NAPOLI, R.N. et al.,                              :
                                                         :
                          Defendants.                    :
-------------------------------------------------------------X
DARRELL LECKIE                                           :
                                                         :     19-CV-6719 (DEH) (RWL)
                          Plaintiff,                     :
                                                         :
            - against -                                  :
                                                         :
CITY OF NEW YORK, et al.,                                :
                                                         :
                          Defendants.                    :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On July 26, 2024, the parties submitted a joint status update stating that they "anticipate being able to submit a stipulation of settlement and proposed order of dismissal" within thirty days. (Dkt. 72, 21-cv-7212.) Over thirty days have elapsed, and no stipulation of settlement appears on the docket. Accordingly, by September 12, 2024, the parties shall file a status update.

                                    SO ORDERED.

                                    _____
                                    ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE

Dated: September 4, 2024
       New York, New York

Copies transmitted this date to all counsel of record.

1